**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**John RED a/k/a Fred Fulton, Respondent.**

Supreme Court of Pennsylvania.

Nov. 13, 2007.

### ORDER

PER CURIAM.

AND NOW, this 13th day of November, 2007, the Petition for Allowance of Appeal is hereby **GRANTED.** The Superior Court did not fully address the Commonwealth's contention that Respondent was represented by counsel during the waiver colloquy and, thus, did not sufficiently preserve by objection the contention that the colloquy was constitutionally inadequate. *See* Commonwealth's Letter Brief at 6–7.

The decision in *Commonwealth v. Monica*, 528 Pa. 266, 597 A.2d 600, 603 (1991), referred to by the Superior Court, is distinguishable, because in that case there was no dispute that Appellant acted *pro se throughout his trial proceeding.* The Order of the Superior Court is thus **VACATED,** and the matter is **REMANDED** for reconsideration of this argument.